1   LINDA WENDELL HSU (SBN 162971)
    lhsu@selmanbreitman.com
2   QUYEN THI LE (SBN 271692)
    qle@selmanbreitman.com
3   SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
4   San Francisco, CA 94105-4537
    Telephone: 415.979.0400
5   Facsimile: 415.979.2099

6

    Attorneys for Plaintiff NAUTILUS INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

    NAUTILUS INSURANCE COMPANY,         Case No. 1:14-cv-01591-GEB-BAM
11
                Plaintiff,              SECOND STIPULATION AND ORDER TO
12                                      EXTEND TIME FOR DEFENDANTS ACCESS
          v.                            MEDICAL, LLC AND ROBERT CLARK WOOD,
13                                      II, TO RESPOND TO INITIAL COMPLAINT
    ACCESS MEDICAL, LLC; ROBERT
14  CLARK WOOD, II; FLOURNOY            Judge:        Garland E. Burrell, Jr.
    MANAGEMENT, LLC; TED SWITZER; and
15  DOES 1-10, inclusive,               Complaint Filed:       October 10, 2014

16              Defendants.             Complaint Served:      December 4, 2014
                                        Original Response Date: December 26, 2014
17                                      Current Response Date: January 9, 2015
                                        New Response Date:     January 23, 2015
18

19

20          Pursuant to Local Rule 144, Plaintiff NAUTILUS INSURANCE COMPANY

21  ("Nautilus") and DEFENDANTS ACCESS MEDICAL, LLC ("Access Medical") and ROBERT

22  CLARK WOOD, II ("Wood"), by and through their respective counsel of record, hereby

23  stipulate as follows:

24          WHEREAS, Plaintiff Nautilus filed its Complaint for Declaratory Relief on October 10,

25  2014;

26          WHEREAS, Plaintiff alleges that it served the Summons and Complaint on Defendants

27  Access Medical and Wood by substituted service on December 4, 2014, making their original

28  deadline to respond to the Complaint as December 26, 2014;

                                          1
SECOND STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ACCESS MEDICAL, LLC
AND ROBERT CLARK WOOD, II, TO RESPOND TO INITIAL COMPLAINT
1:14-cv-01591-GEB-BAM

305640.2 3891.35805

1    WHEREAS, the parties previously agreed that Access Medical and Wood may have an

2  extension of time until January 9, 2015, to respond to Plaintiff's Complaint;

3    WHEREAS, the parties require additional time to evaluate the claims, and therefore have

4  agreed for a second extension of time, until and including January 23, 2015, for Access Medical

5  and Wood to respond to Plaintiff's Complaint;

6    IT IS SO STIPULATED between Plaintiff Nautilus, on the one hand, and Defendants

7  Access Medical and Wood, on the other, by and through their undersigned attorneys, that the

8  time for Access Medical and Wood to respond to Plaintiff Nautilus's Complaint is extended until

9  and including January 23, 2015.

10    IT IS FURTHER STIPULATED between the parties that by entering in to this

11  stipulation, Access Medical and Wood have not waived any defenses pursuant to Federal Rules

12  of Civil Procedure, Rule 12, including venue, jurisdiction, insufficient process or insufficient

13  service of process.

14  DATED:  January 9, 2015                    KRAVITZ, SCHNITZER & JOHNSON,
                                              CHTD.
15

16

17                                           By: _____/s/ Jordan P. Schnitzer_____
                                                 JORDAN P. SCHNITZER
18                                           Attorneys for Defendants ACCESS MEDICAL,
                                             LLC and ROBERT CLARK WOOD, II
19

20  DATED:  January 9, 2015                    SELMAN BREITMAN LLP

21

22                                           By: _____/s/ Quyen Thi Le_____
                                                 LINDA WENDELL HSU
23                                               QUYEN THI LE
                                             Attorneys for Plaintiff NAUTILUS
24                                           INSURANCE COMPANY

25

26

27

28

SECOND STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ACCESS MEDICAL, LLC
AND ROBERT CLARK WOOD, II, TO RESPOND TO INITIAL COMPLAINT
1:14-cv-01591-GEB-BAM

305640.2 3891.35805

**Selman Breitman LLP**
ATTORNEYS AT LAW

1

## **ORDER**

2      The Court has reviewed the parties' agreement and adopts the stipulation.   The time for

3   Access Medical and Wood to respond to Plaintiff Nautilus's Complaint is extended until and

4   including January 23, 2015.

5

6   IT IS SO ORDERED.

7      Dated:   **January 13, 2015**            /s/ *Barbara A. McAuliffe*

8                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

Selman Breitman LLP
ATTORNEYS AT LAW

305640.2 3891.35805